IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01793-EWN-BNB

PATRICIA A. EMERSON,

Plaintiff,

v.

WEMBLEY USA, INC.,
WEMBLEY INC., and
ROBERT TY HOWARD, in his personal capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw** (the "Motion"), filed on February 15, 2006.

IT IS ORDERED that the Motion is GRANTED and attorney Elizabeth R. Rita of the firm of Kamlet Shepherd & Reichert, LLP, is hereby allowed to withdraw from this case as counsel for Defendant Jeffrey Goergen.

IT IS FURTHER ORDERED that Ms. Rita shall be removed from all certificates of service and the ECF system in this matter

DATED:  February 16, 2006