IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01793–EWN–BNB

PATRICIA EMERSON,

    Plaintiff,

v.

WEMBLEY USA INC.;
WEMBLEY INC.; and
ROBERT TY HOWARD, in his personal capacity;

    Defendants.

---

### ORDER SETTING TRIAL PREPARATION CONFERENCE

---

This matter having been set for trial commencing on August 28, 2006, it is now

**ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 3:00 o'clock p.m. on Friday, **August 18, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 29th day of June, 2006.

            BY THE COURT:

            s/ Edward W. Nottingham
            EDWARD W. NOTTINGHAM
            United States District Judge