IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01793-EWN-BNB

PATRICIA EMERSON,

Plaintiff,

vs.

WEMBLEY USA INC.;
WEMBLEY INC.; and
ROBERT TY HOWARD in his personal capacity,
JEFFERY GOERGEN in his personal capacity,

Defendants

## ORDER GRANTING STIPULATION TO DISMISS

THE COURT, having reviewed the Stipulation to Dismiss and being fully advised in the premises, does hereby state and ORDER:

This Order Granting Stipulation to Dismiss is GRANTED.  Each party agrees to bear its own costs and attorneys' fees.

DONE this 16th day of August, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge